Matt Valenti, Esq. (State Bar No. 253978)
mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, an individual,<br><br>     Plaintiff,<br><br>  vs.<br><br>EL CAJON PROPERTIES, LLC; a limited liability corporation; RALLEY LIQUOR, INC., a California corporation; and DOES 2-10,<br><br>     Defendants. | Case No.: 3:22-cv-00204-L-MSB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE OF VOLUNTARY DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) Plaintiff Scott Schutza voluntarily dismisses this action without prejudice.

DATED:  September 27, 2022              VALENTI LAW APC

                                        By:  */s/* Matt Valenti
                                             Matt Valenti, Esq.
                                             Attorney for Plaintiff